**ROSENBERG, MUSSO & WEINER, LLP**
*Attorneys At Law*

BRUCE WEINER
ROBERT J. MUSSO

LOUIS P. ROSENBERG
(1908-1997)

ROBERT NADEL

26 COURT STREET
SUITE 2211
BROOKLYN, N.Y. 11242

(718) 855-6840
FAX NO. (718) 625-1966

January 25, 2023

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Levitis
Adversary No. 23-1005
Bankruptcy Case No. 22-42567

Dear Judge Lord:

This office represents Michael Levitis in the main case.

The Debtor was recently served with an adversary summons and complaint. The retainer agreement signed by Rosenberg, Musso & Weiner, LLP and the 2016 form states the retention does not include representation in any adversary proceeding.

Mr. Levitis has received a copy of the summons and complaint. He knows the date an answer is due and the date of pre-trial conference. Mr. Levitis has decided to represent himself pro-se.

READ AND UNDERSTOOD

_____
Michael Levitis
Dated: January 25, 2023

Rosenberg, Musso & Weiner, LLP

By: _____
Robert J. Musso    1-25-2023